Gary A. Bresee (131504)
gbresee@bargerwolen.com
Donielle M. Colich (253750)
dcolich@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California  94108-2713
Telephone:(415) 434-2800
Facsimile:  (415) 434-2533

Attorneys for Plaintiff
TRAVELERS INDEMNITY COMPANY

Vernon L. Putnam (54363)
vputnam@avilaputnam.com
AVILA & PUTNAM, PLC
515 South Figueroa Street, Suite 1020
Los Angeles, California 90071-3327
Tel: (213) 892-1444
Fax: (213) 892-1555

Attorney for Defendant
FEDERAL DEPOSIT INSURANCE CORPORATION,
as receiver for Downey Savings and Loan Assoc., F.A.

**JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DOWNEY SAVINGS AND LOAN ASSOCIATION, F.A., a Delaware Corporation, FEDERAL DEPOSIT INSURANCE CORPORATION, as receiver of Downey, and Does 1 through 10, inclusive.<br><br>　　　　Defendants. | CASE NO.: SACV09-1027AG (RNBx)<br><br>**ORDER ON STIPULATION OF DISMISSAL**<br><br>**F.R.C.P. 41(a)**<br><br>Complaint Filed:  September 4, 2009<br>Second Amended Complaint Filed: April 20, 2010 |

---

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
CASE NO. SACV09-1027AG (RNBx)

1   IT IS SO ORDERED that the above-captioned action is dismissed without
2   prejudice pursuant to Federal Rule of Civil Procedure 41(a).
3   The Parties will bear their own costs and attorneys' fees incurred in connection
4   with this litigation.

6   **IT IS SO ORDERED.**

8   Dated: June 04, 2010   _____
                            Honorable Andrew J. Guilford
9                           United States District Court Judge

-2-
[PROPOSED] ORDER ON STIPULATION OF DISMISSAL
CASE NO. SACV09-1027AG (RNBx)

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800